IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JIMMY DALE HEWITT, JR., #09428-043**          **PETITIONER**

**VERSUS**          **CIVIL ACTION NO. 5:10-cv-192-DCB-JMR**
          **APPEAL NO. 11-60528**

**UNITED STATES OF AMERICA, et al.**          **RESPONDENTS**

ORDER

Before this Court is the Petitioner's letter Motion [21] requesting that this Court reconsider his request to proceed *in forma pauperis* (IFP) on appeal or in the alternative grant an extension of time to pay the appeal filing fee. The Court entered an Order [17] on August 16, 2011, denying Petitioner's application for leave to proceed *in forma pauperis* on appeal by certifying that the appeal was not taken in good faith pursuant to 28 U.S.C. § 1915 (a)(3) and Fed. R. App. P. 24(a)(3)(A). Petitioner has not presented anything to alter the Court's decision that his appeal fails to present a good faith non-frivolous issue as required by 28 U.S.C. § 1915 (a)(3) to proceed *in forma pauperis*. Thus, to the extent Petitioner's Motion [21] is requesting reconsideration of the Court's Order [17], it is DENIED. To the extent Petitioner's Motion [21] is requesting an extension of time to pay the appeal filing fee, that request is properly directed to the Fifth Circuit and not this Court.

SO ORDERED, this the ___17th___ day of November, 2011.

          s/ David Bramlette
          UNITED STATES DISTRICT JUDGE